IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MITCHELL C. BLOCKER,

    Petitioner,                  No. CIV S-06-1767 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.              <u>ORDER</u>

                              /

Petitioner has requested a sixty day extension of time to file a petition for writ of habeas corpus pursuant to the court's order of March 28, 2007. The court will grant petitioner a thirty day extension of time. Any further requests for extensions of time must be supported by good cause. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's April 18, 2007 motion for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file a petition for writ of habeas corpus.

DATED:  4/27/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
bloc1767.111